UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

WILFREDO ROSADO,

                                  Plaintiff,

            -against--

THE CITY OF NEW YORK, et al.,

                                Defendants.

**NOTICE OF PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT**

11-CV-4285 (SAS)

------------------------------------------------------------------------x

       PLEASE TAKE NOTICE that plaintiff accepts the City of New York's offer of judgment, dated October 21, 2011, allowing the plaintiff to take judgment against the City of New York for the total sum of Two Thousand and One ($2,001.00) Dollars, plus reasonable attorneys' fees, expenses and costs to the date of this offer.

Dated:    New York, New York
            November 4, 2011

                                                        _____
                                                         ILISSA BROWNSTEIN, ESQ.
                                                        Attorney for Plaintiff
                                                         22 Cortlandt Street, 16th Floor
                                                         New York, New York  10007
                                                         (516) 286-5442