UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wilfredo Rosado
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

City of New York et al.
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11 Civ. 4285 (SAS) ( )

**AFFIRMATION OF SERVICE**

I, Ilissa Brownstein, Esq. _____, declare under penalty of perjury that I have
*(name)*

served a copy of the attached Notice of Plaintiff's Acceptance of Offer of Judgment _____
*(document you are serving)*

upon the City of New York _____ whose address is _____
*(name of person served)*

100 Church Street, NY, NY 10007
*(where you served document)*

by Regular Mail
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  New York          , NY
        *(town/city)*      *(state)*

        November   4  , 2011
        *(month)* *(day)* *(year)*

Signature: /s/ Ilissa Brownstein

22 Cortlandt Street, 16th Floor
*Address*

New York, NY
*City, State*

10007
*Zip Code*

(516) 286-5442
*Telephone Number*

*Rev. 05/2010*