**ILISSA BROWNSTEIN**
ATTORNEY AT LAW

22 CORTLANDT STREET · 16TH FLOOR
NEW YORK, NEW YORK 10007
CELL: (516) 286-5442 · FAX: (212) 608-5442
ilissa_brownstein@yahoo.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/11

November 23, 2011

**VIA FAX (212) 805-7920**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Request granted. Plaintiff's motion for fees and expenses is due by January 9, 2012. Defendants' opposition is due by January 23, 2012. Plaintiff's reply is due by January 30, 2012. So ordered.*

11/28/11
Shira A. Scheindlin
U.S.D.J.

Re: Wilfredo Rosado v. City of New York, et al., 11 Civ. 4285 (SAS) (GWG)

Your Honor:

    I represent the plaintiff in the above-referenced case. I write to respectfully advise that the plaintiff accepted the City's Rule 68 Offer of Judgment on Friday November 4, 2011. See Docket Entry No. 11. The parties now respectfully request that the Court permit the parties until December 7, 2011 to attempt to negotiate attorney's fees and expenses. If the parties are unable to successfully negotiate attorney's fees by December 7, 2011, plaintiff respectfully requests that the Court set a motion schedule for plaintiff to submit his fee application. Defendant City consents to this request.

    By way of background, plaintiff accepted the City's Rule 68 Offer of Judgment on November 4, 2011. Thereafter, on Monday November 7, 2011 the undersigned expeditiously submitted an accounting of attorney's fees and expenses to the City of New York. To date, the City has failed to respond with an offer to resolve attorney's fees and expenses. However, counsel for the City has indicated that the Comptroller is currently reviewing the submitted attorney's fees and expenses and intends to respond.[1]

    Thank you for your consideration of this request.

Respectfully submitted,

ILISSA BROWNSTEIN, ESQ.

cc: ACC Joseph Marutollo (Via Fax 212-788-9776)
    Attorney for defendants

---

[1] Please note that counsel for the defendant City of New York has indicated that he will be out of town from November 21, 2011 until November 30, 2011.