# EXHIBIT "1"

## SUMMARY OF ATTORNEYS' FEES + COSTS

**TOTAL ATTORNEY'S FEES**                          $24,471.25
(See attached breakdown)                  +

**TOTAL COSTS**                                    $350.00
(See attached breakdown and receipt)

**TOTAL ATTORNEY'S FEES + COSTS:**                 $24,821.25

**Attorney's Fees:   Wilfredo Rosado v. City of New York et al. 11 CV 4285 (SAS)(GWG)**

| Date | Activity | Hours | Rate | Total | Hours | Rate | Adjusted Total |
|---|---|---|---|---|---|---|---|
| 02-15-2011 | Initial meeting with client, reviewed files provided by client | 3.0 | 400 | 1,200 | 3.0 | 350 | 1,050 |
| 02-15-2011 | Telephone communication with other counsel re: merits of case, claims, value of case to discuss the case and potential value of case, liability. | 0.30 | 400 | 120 | 0.15 | 350 | 52.50 |
| 03-14-2011 | Draft Complaint, Summons, and Civil Cover Sheet | 5.0 | 400 | 2,000 | 4.0 | 350 | 1,400 |
| 03-14-2011 | Telephone communication with client's family re: case | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 06-24-2011 | Filed Summons and Complaint in SDNY | 1.0 | 400 | 400 | 1.0 | 125 | 125 |
| 06-24-2011 | Service of Summons and Complaint on City of New York | 0.45 | 400 | 180 | 0.45 | 125 | 56.25 |
| 06-26-2011 | ECF & Drafting/Filing Affidavit of Service/ Summons and Comp. | 1.0 | 400 | 400 | 1.0 | 125 | 125 |
| 07-08-2011 | Telephone communication ACC Re: whether plaintiff had the first name of shield number for defendant CO Valez. | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 07-08-2011 | Review file for badge number or first name of defendant Valez. | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 07-08-2011 | Communication with other counsel re: identifying first names and badge numbers of DOC employees | 0.15 | 400 | 60 | 0.075 | 350 | 26.25 |
| 07-08-2011 | Communication with ACC regarding whether plaintiff was able to locate badge and first name. | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 07-11-2011 | Communication with other counsel re: advise on locating CO correction officers | 0.30 | 400 | 120 | 0.15 | 350 | 52.50 |
| 07-14-2011 | Communication with client. Re: Discussion of 2 page correspondence from client regarding case status and contact info. | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 07-15-2011 | Communication with client. Re: Drafted Letter responding to client's inquiries | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| 07-15-2011 | Reviewed and analyzed Answer to Complaint filed by City of New York and the affirmative defenses asserted | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| 07-27-2011 | Correspondence with Case Openings at SDNY | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 07-27-2011 | Reviewed Order for Initial Pretrial Conference | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 07-28-2011 | Correspondence via e-mail and telephone with ACC Re: City claimed that it required plaintiff's NYSID number because there was no record that he was in DOC custody at the time of the incident. | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 07-28-2011 | Reviewed file to ensure that Client was in DOC custody on the date of the alleged incident. Located DOC document that indicated he was in DOC's custody at the time of the incident and forwarded it to ACC. Sent NYSID and Book & Case to ACC. | 0.45 | 400 | 180 | 0.45 | 350 | 157.50 |
| 07-29-2011 | Communication with ACC re: NYSID and Book & Case of client. | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 08-14-2011 | Communication with ACC re: Proposed | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |

| Date | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| | Scheduling Order | | | | | | |
| 08-15-2011 | Reviewed proposed scheduling order | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 08-15-2011 | Communication with ACC re: Scheduling order | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| **08-17-2011** | Communication with other counsel re: judge Scheindlin's Rules and scheduling order | 0.45 | 400 | 180 | 0.225 | 350 | 78.75 |
| 08-17-2011 | Communication with ACC re: Service addresses, finalizing scheduling order | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 08-17-2011 | Drafting/editing Proposed scheduling order | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| **08-17-2011** | Drafted Initial Disclosures and Discovery demands | 2.0 | 400 | 800 | 1.0 | 350 | 350 |
| 08-18-2011 | Prepare for Initial Conference | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| 08-19-2011 | Initial Conference | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| 08-19-2011 | Reviewed Order of Reference to a Magistrate Judge | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 08-19-2011 | Reviewed Scheduling Order and add to calendar | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 08-29-2011 | Reviewed Order Scheduling Settlement Conference | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 08-24-2011 | Communication with ACC re: clearer copies of discovery | 0.45 | 400 | 180 | 0.45 | 350 | 157.50 |
| **08-29-2011** | Communication with other counsel re: case strategy and settlement demand | 0.15 | 400 | 60 | 0.075 | 350 | 26.25 |
| 08-29-2011 | Communication with client about a settlement demand and the status of the case. | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| 09-06-2011 | Draft Letter to ACC regarding illegible documents produced during discovery by | 1.0 | 400 | 400 | 1.0 | 350 | 350 |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | defendants | | | | | | |
| 09-06-2011 | Discussion with client Rosado re: settlement conference | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 09-06-2011 | Reviewed Correspondence from ACC to Court Re: settlement conference | 0.20 | 400 | 80 | 0.20 | 350 | 70 |
| 09-06-2011 | Reviewed Court's Order adjourning settlement conference | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 09-06-2011 | Drafted Amended Complaint and supporting documents | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| 09-06-2011 | Correspondence with ACC via e-mail regarding getting better copies of illegible documents and settlement | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| **09-06-2011** | Communication with other counsel re: ACC's positions and plaintiff's options | 0.30 | 400 | 120 | 0.15 | 350 | 52.50 |
| **09-07-2011** | Filed Amended Complaint | 1.0 | 400 | 400 | 1.0 | 125 | 125 |
| 09-12-2011 | Phone conf. w/ACC | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| **09-12-2011** | Communication with other counsel re: phone conf. case strategy | 0.15 | 400 | 60 | 0.075 | 350 | 26.25 |
| **09-14-2011** | Communication with other counsel re: case strategy | 0.15 | 400 | 60 | 0.075 | 350 | 26.25 |
| **09-15-2011** | Communication with other counsel re: case strategy | 1.0 | 400 | 400 | 0.5 | 350 | 175 |
| 09-18-2011 | Drafted responses to Defendants' Discovery demands | 4.0 | 400 | 1,600 | 3.0 | 350 | 1,050 |
| 09-19-2011 | Client meeting re: prepare for settlement conference, settlement letter to Court and releases requested by defendants as part of discovery | 3.0 | 400 | 1,200 | 3.0 | 350 | 1,050 |

| Date | Description | Hours | Rate | Amount | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **09-19-2011** | Communication with other counsel re: case strategy | 0.15 | 400 | 60 | 0.075 | 350 | 26.25 |
| **09-19-2011** | Reviewed discovery produced by City | 4.0 | 400 | 1,600 | 3.0 | 350 | 1,050 |
| 09-19-2011 | Communication with ACC re: plaintiffs discovery requests and responses to defendants discovery requests | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| **09-20-2011** | Drafted Pre-Settlement letter to the Court | 6.0 | 400 | 2,400 | 5.0 | 350 | 1,750 |
| **09-20-2011** | Reviewed photograph of client | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| **09-21-2011** | Communication with other counsel re: case strategy | 1.0 | 400 | 400 | 0.5 | 350 | 175 |
| 09-22-2011 | Reviewed defendants Answer to the Amended Complaint | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 09-22-2011 | Communication with other counsel re: case strategy | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 09-26-2011 | Reviewed additional discovery produced by the ACC which implicates many issues that will be raised at the settlement conference | 1.20 | 400 | 480 | 1.20 | 350 | 420 |
| 09-26-2011 | Reviewed and analyzed defendant's memo re: settlement conference | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| **09-27-2011** | Communication with other counsel re: review of discovery | 0.45 | 400 | 180 | 0.225 | 350 | 78.75 |
| **09-27-2011** | Preparation for Settlement Conference re: review document and prepare arguments | 3.0 | 400 | 1,200 | 3.0 | 350 | 1,050 |
| **09-27-2011** | Correspondence with ACC re: unreadable discovery documents | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| **09-28-2011** | Client meeting re: settlement conference | 1.3 | 400 | 520 | 1.3 | 350 | 455 |
| **09-28-2011** | Settlement Conference | 2.0 | 400 | 800 | 2.0 | 350 | 700 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09-29-2011 | Reviewed and analyzed proposed Confidentiality Stipulation | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 09-29-2011 | Telephone conf with ACC re: defendant's responses to discovery requests | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 09-29-2011 | Review Defendant's responses to plaintiff's discovery requests and additional documentation | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| 10-03-2011 | Telephone conversation with ACC. Re: settlement | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| 10-12-2011 | Deficiency letter to defendants | 8.0 | 400 | 3,200 | 8.0 | 350 | 2,800 |
| **10-12-2011** | Communication with other counsel re: deficiency letter | 0.15 | 400 | 60 | 0.075 | 350 | 26.25 |
| 10-13-2011 | Edited and sent deficiency letter | 0.45 | 400 | 180 | 0.45 | 350 | 157.50 |
| **10-17-2011** | Researched electronic discovery issues as related to defendants' discovery responses containing emails. | 5.0 | 400 | 2,000 | 4.0 | 350 | 1,400 |
| 10-18-2011 | Communication with ACC via e-mail regarding settlement | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| **10-18-2011** | Communication with other counsel re: case strategy | 1.0 | 400 | 400 | 0.5 | 350 | 175 |
| 10-19-2011 | Drafted and sent Second Set of Request For Production of Documents to Defendants with accompanying letter | 2.0 | 400 | 800 | 2.0 | 350 | 700 |
| **10-20-2011** | Communication with other counsel re: case strategy | 0.15 | 400 | 60 | 0.075 | 350 | 26.25 |
| 10-20-2011 | Communication with client via telephone re: Status of case. | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| 10-21-2011 | Phone conference with ACC re: discovery/ deficiency letter | 0.15 | 400 | 60 | 0.15 | 350 | 105 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10-21-2011 | Correspondence with ACC re: extension of time for defendant to respond to deficiency letter | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| **10-21-2011** | Communication with other counsel re: case strategy | 1.0 | 400 | 400 | 0.5 | 350 | 175 |
| 10-22-2011 | Prepared Summons and Complaint for Process Server | 0.30 | 400 | 120 | 0.30 | 350 | 105 |
| **10-22-2011** | Communication with other counsel re: case strategy | 0.30 | 400 | 120 | 0.15 | 350 | 52.50 |
| 10-25-2011 | Drafted Letter to Process Server | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| **10-25-2011** | Delivered file to Process Server | 0.45 | 400 | 180 | 0.45 | 125 | 56.25 |
| 10-26-2011 | Communication with ACC re: deficiency letter | 1.0 | 400 | 400 | 1.0 | 350 | 350 |
| **10-26-2011** | Communication with other counsel re: case strategy | 1.0 | 400 | 400 | 0.5 | 350 | 175 |
| 10-26-2011 | Reviewed Defendants' request for discovery | 0.45 | 400 | 180 | 0.45 | 350 | 157.50 |
| 10-26-2011 | Review Defendant's Response to plaintiff's Deficiency Letter | 0.45 | 400 | 180 | 0.45 | 350 | 157.50 |
| 10-27-2011 | Reviewed Rule 68 | 0.15 | 400 | 60 | 0.15 | 350 | 52.50 |
| | | | | | | | |
| **TOTALS** | | 82.35 | | $32,940 | 72.28 | | $24,471.25 |

**COSTS: Wilfredo Rosado v. City of New York et al. 11 CV 4285 (SAS)(GWG)**

| Cost Description | Cost |
|---|---|
| Filing Fee - SDNY | $350.00 |
| **Total Costs** | **$350.00** |

```
        COURTS/USDC-NY-S
           500 Pearl St
         New York, NY 10007

TERMINAL I.D.:              13400002

MERCHANT #:             000000000787366

AMEX
SALE
BATCH: 001003        INVOICE: 000002
DATE: JUN 24, 11        TIME: 09:51
RRN: 000046461147    AUTH NO: 581893

************1006



TOTAL                   $350.00


ILISSA BROWNSTEIN


              CUSTOMER COPY
```

Court Name: District Court
Division: 1
Receipt Number: 465401010017
Cashier ID: Mnadeau
Transaction Date: 06/24/2011
Payer Name: ILISSA BROWNSTEIN

CIVIL FILING FEE
 For: ILISSA BROWNSTEIN
 Case/Party: D-NYS-1-11-CV-004285-001
 Amount:       $350.00

CREDIT CARD
 Amt Tendered:  $350.00

Total Due:     $350.00
Total Tendered: $350.00
Change Amt:      $0.00

SAS